## UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

In re:                                                                                              Bk. No. 20–10424–BAH
                                                                                                    Chapter 13
Theresa Pearson
    Debtor(s)

Theresa Pearson
    Plaintiff

v.                                                                                                  Adv. No. 20–01024–BAH

Katherine Drisko
    Defendant

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:                    Clerk, U.S. Bankruptcy Court
                                                    55 Pleasant Street, Room 200
                                                    Concord, NH 03301

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and address of plaintiff's attorney:    Steven Notinger
                                                             Notinger Law, PLLC
                                                             P.O. Box 7010
                                                             Nashua, NH 03060

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

    U.S. Bankruptcy Court                        Courtroom: A
    55 Pleasant Street                                Date & Time: **October 21, 2020, at 1:30 p.m.**
    Concord, NH 03301

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued:
August 17,
2020**

Bonnie L. McAlary
Clerk of Court
By: /s/ Dori Sommer
Deputy Clerk

Form CMpsum–329

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

In re:                                                  Bk. No. 20–10424–BAH
Chapter 13

Theresa Pearson
    Debtor(s)

Theresa Pearson
    Plaintiff

v.                                                    Adv. No. 20–01024–BAH

Katherine Drisko
    Defendant

---

## CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

☐     Mail Service: Regular, first class United States mail, postage fully pre–paid addressed to: [see attached list]

☐     Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: [see attached list]

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the foregoing is true and correct.

Date: _____     _____
                                                                                        Signature

Print Name: _____

Business Address: _____

_____

_____