## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

```
*************************************
In Re:                              *      Chapter 7
                                    *      Case No. 20-10424-BAH
     Theresa Pearson                *
                                    *
                                    *
        Debtor(s)                   *
*************************************
Theresa Pearson                     *      Adv. Pro. No. 20-01024-BAH
                                    *
                                    *
     v.                             *
                                    *
Katherine Pearson Drisko            *
Defendant                           *
*************************************
```

## ACCEPTANCE OF SERVICE

I, Brad Davis, Esquire, as attorney for the Defendant, Katherine Pearson Drisko, do hereby accept service of the Summons and Complaint in the above captioned matter and hereby waives any defects of service.

Respectfully submitted,

**Katherine Pearson Drisko**
By and through Her Attorneys,
Davis / Hunt Law, PLLC

Dated: __8/21/20__                    By: _____

Brad Davis
Davis / Hunt Law, PLLC
780 Central Street
Franklin, NH 03235
(603) 671-5911
brad@davishuntlaw.com

1