# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  Bk. No. 20-10424-BAH
Chapter 13

Theresa Pearson,
    Debtor(s)

Theresa Pearson,
    Plaintiff(s)

v.  Adv. No. 20-01024-BAH

Katherine Drisko,
    Defendant(s)

### ORDER OF THE COURT

Hearing Date: 10/21/2020 01:30 pm

Nature of Proceeding:  **Doc# 1 Adversary case 20-01024. Complaint by Theresa Pearson against Katherine Drisko.**

Outcome of Hearing:  **PARTIES SHALL FILE THE NECESSARY PAPERWORK WITH THE COURT REGARDING SETTLEMENT WITHIN 30 DAYS OF THIS ORDER.**

IT IS SO ORDERED:

/s/ Peter G. Cary          Date: 10/21/2020
Peter G. Cary
United States Bankruptcy Judge
District of New Hampshire (by designation)