**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
**************************************
In Re:                                *       Chapter 7
                                      *       Case No. 20-10424-BAH
     Theresa Pearson                  *
                                      *
                                      *
        Debtor(s)                     *
**************************************
Theresa Pearson                       *       Adv. Pro. No. 20-01024-BAH
                                      *
                                      *
     v.                               *
                                      *       Hearing Date:  December 9, 2020
Katherine Drisko                      *       Hearing Time:  1:30 p.m. (Eastern Time)
Defendant                             *       Objection Deadline:  December 2, 2020
**************************************
```

## ORDER ON MOTION TO APPROVE
## SETTLEMENT OF HOMSTEAD CLAIM OF DEBTOR

Came before the Court this day the Motion of Debtor/Plaintiff, Theresa Pearson ("Pearson") and Defendant, Katherine Drisko ("Drisko") to Approve Settlement of Homestead Claim of Debtor (the "Motion"), and after notice and hearing as is appropriate under the circumstances, and all interested parties having been heard, for good cause shown, IT IS  HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    1.    The Motion is granted.

    2.    The Motion and the terms and conditions of the Stipulation, attached as Exhibit A to the Motion, between Pearson and Drisko, are found to be fair and reasonable and in the best interests of the bankruptcy estate of Theresa Pearson, and are therefore approved, and their terms and conditions are incorporated herein by reference.

SO ORDERED.

_____  _____
Date  Bruce A. Harwood, Bankruptcy Judge
United States Bankruptcy Court
District of New Hampshire