UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
| | | |
|---|---|---|
| In Re: | \* | Chapter 7 |
| | \* | Case No. 20-10424-BAH |
| **Theresa Pearson** | \* | |
| | \* | |
| | \* | |
| Debtor(s) | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Theresa Pearson | \* | Adv. Pro. No. 20-01024-BAH |
| | \* | |
| v. | \* | |
| | \* | Hearing Date:  December 9, 2020 |
| Katherine Drisko | \* | Hearing Time:  1:30 p.m. (Eastern Time) |
| Defendant | \* | Objection Deadline:  December 2, 2020 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING ON MOTION TO APPROVE SETTLEMENT OF HOMESTEAD CLAIM OF DEBTOR

Please take notice that a hearing on the **Motion To Approve Settlement of Homestead Claim of Debtor** (the "Motion") will be held on **December 9, 2020 at 1:30 p.m. (Eastern Time)** at the United States Bankruptcy Court, District of New Hampshire, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Courtroom A, Concord, NH 03301.  The Motion requests the Court approve a settlement between Debtor and Creditor Drisko relative to Debtor's Interest in Her Homestead.

Please take further notice that in accordance with the Courts Eleventh General Order Regarding Court Operations Under Exigent Circumstance Created by Covid-19, the Hearing will take place telephonically and all parties are advised to review the Court's policies with respect to telephonic appearances.  Attorneys must utilize Court Call.  Self-represented parties and any member of the public, who wish to observe or participate in the hearing must contact the

1

courtroom deputy at (603)222-2644 to receive instructions on how to do so.

**Objections** to the Motion, if any, **MUST** be filed with the Court, with a copy to the undersigned **on or before December 2, 2020**.   Anyone who files an objection but does not attend the December 9, 2020 hearing may be deemed to have waived his/her objection.

If you have received the Notice of Hearing only and would like the entire Motion Package please contact the undersigned below.

          Respectfully submitted,

          Theresa Pearson,
          Chapter 7 Debtor
          By her attorneys:
          Notinger Law, PLLC

Dated: October 29, 2020       By:    /s/ Steven M. Notinger
                                          Steven M. Notinger, Esq. (BNH #03229)
                                          PO Box 7010
                                          Nashua, NH 03060
                                          (603) 888-0803
                                          steve@notingerlaw.com

## Certificate of Service

I hereby certify that I have on this date served the foregoing document upon the parties registered to receive electronic notice in this matter via CM/ECF.

Via CM/ECF

**20-10424-BAH Notice will be electronically mailed to:**

Brad C. Davis on behalf of Creditor Katherine Drisko
brad@davishuntlaw.com

Olga L. Gordon
ogordon@murthalaw.com, MA40@ecfcbis.com;jbabula@murthalaw.com;lmulvehill@murthalaw.com

Steven M. Notinger on behalf of Debtor Theresa Pearson
steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov

Lawrence P. Sumski
SumskiCh13@gmail.com

Dated: October 29, 2020            By:    /s/ Steven M. Notinger
                                          Steven M. Notinger, Esq. (BNH #03229)