# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  Bk. No. 20-10424-BAH
Chapter 7

Theresa Pearson,
    Debtor(s)

Theresa Pearson,
    Plaintiff(s)

v.  Adv. No. 20-01024-BAH

Katherine Drisko,
    Defendant(s)

## ORDER OF THE COURT

Hearing Date: 12/09/2020 01:30 pm

Nature of Proceeding: **Doc# 11 Motion to Approve Settlement of Homestead Claim of Debtor by Debtor/Plaintiff Theresa Pearson and Defendant Katherine Drisko Filed by Defendant Katherine Drisko, Plaintiff Theresa Pearson**

Outcome of Hearing: Attorney Notinger to file a Motion to Dismiss with prejudice on or before January 8, 2021.

IT IS SO ORDERED:

/s/ Bruce A. Harwood      Date: 12/09/2020
Bruce A. Harwood
Chief Judge